Commonwealth *v.* Everette, Appellant.

Before KLEIN, J.

Submitted November 11, 1974. *Harry E. Knafelc,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Farbo, Appellant.

Before McCLELLAND, J.

Submitted November 11, 1974. *Stephen H. Hutzelman,* and *Plate, Doyle, Kroto and Hutzelman,* for appellant; *Charles D. Agresti,* Assistant District Attorney, *Bernard L. Siegel,* First Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.